

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00056-CR

| | | |
|---|---|---|
| Jason Robert Adams | § | From Criminal District Court No. 1 |
| | § | of Tarrant County (1362060D) |
| v. | § | October 29, 2015 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By /s/ Bill Meier
    Justice Bill Meier